STATE of Missouri, Respondent,

v.

Kevin LERETTE, Appellant.

Kevin LERETTE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44504.

Missouri Court of Appeals,
Western District.

Dec. 22, 1992.

Gary E. Brotherton, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from judgment of conviction for assault in the second degree, § 565.060, RSMo1986, and sentence of seven years and armed criminal action, § 571.015 and sentence of fifty years with sentences to

 

run consecutively. Appeal from judgment denying relief under Rule 29.15. The judgments are affirmed. Rules 30.25(b) and 84.16(b).